UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ALEXANDER STEANHOUSE,

        Plaintiff,

v.

IONIA CORRECTIONAL FACILITY,

        Defendant.
_____/

Case No. 1:22-cv-2

Honorable Ray Kent

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  February 25, 2022          /s/ Ray Kent
                                                                   Ray Kent
                                                                    United States Magistrate Judge